■ In the Matter of EDWARD C. COSGROVE, as Special District Attorney of Chautauqua County, Petitioner, v JOHN T. WARD, JR., Chautauqua County Judge, et al., Respondents. [858 NYS2d 646]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

■ SUSAN MILLER, Appellant-Respondent, v LORRAINE RICHARDSON et al., Respondents-Appellants, and RICHMOND FARMS DAIRY, LLC, et al., Respondents, et al., Defendant. (Appeal No. 1.) GEORGE W. RAPSON, JR., Appellant-Respondent, v LORRAINE RICHARDSON et al., Respondents-Appellants, and LOUIS F. KAMINSKI, Respondent. (Appeal No. 2.) SUSAN MILLER, Appellant-Respondent, v LORRAINE RICHARDSON et al., Respondents-Appellants, and LOUIS F. KAMINSKI, Respondent, et al., Defendant. (Appeal No. 3.) [858 NYS2d 646]—Motions for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Lunn and Peradotto, JJ.

■ SALLY ANN BLAZYNSKI et al., Appellants, v A. GARELECK & SONS, INC., et al., Respondents, et al., Defendants. (Appeal No. 1.) SALLY ANN BLAZYNSKI et al., Appellants, v A. GARELECK & SONS, INC., et al., Respondents, et al., Defendants. (Appeal No. 2.) [858 NYS2d 646]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Lunn and Peradotto, JJ.

■ LYNN M. DEMMING, Formerly Known as LYNN M. SCHILLINGER, Respondent, v MICHAEL J. DENK, M.D., et al., Appellants, et al., Defendant. [858 NYS2d 645]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Smith, Peradotto and Pine, JJ.

■ PHILIP D. RUPERT, JR., Appellant, v GATES & ADAMS, P.C., et al., Respondents. (Appeal No. 1.) PHILIP D. RUPERT, JR., Appellant, v GATES & ADAMS, P.C., et al., Respondents. (Appeal No. 2.) [858 NYS2d 646]—Motion for reargument denied. Present—Scudder, P.J., Centra, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER J. MALISZEWSKI, Appellant. [858 NYS2d 646]—Motion for reargument and reconsideration denied. Present—Smith, J.P., Lunn, Peradotto, Green and Pine, JJ.